**CHIEF JUSTICE**
 ROGELIO VALDEZ

**JUSTICES**
 NELDA V. RODRIGUEZ
 DORI CONTRERAS GARZA
 GINA M. BENAVIDES
 GREGORY T. PERKES
 NORA L. LONGORIA

**CLERK**
 DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

November 24, 2015

Hon. Edmundo O. Ramirez
Ellis, Koeneke & Ramirez, L.L.P.
1101 Chicago Ave.
McAllen, TX 78501-4822
* DELIVERED VIA E-MAIL *

Hon. Minerva I. Zamora
Ellis, Koeneke & Ramirez, LLP
1101 Chicago Ave.
McAllen, TX 78501-4822
* DELIVERED VIA E-MAIL *

Hon. Marlane A. Meyer
Meyer & Guerrero
308 North 15th Street
McAllen, TX 78501
* DELIVERED VIA E-MAIL *

Hon. J. Joseph Vale Jr.
Atlas, Hall & Rodriguez, LLP
818 W. Pecan Blvd.
McAllen, TX 78501-2418
* DELIVERED VIA E-MAIL *

Re: Cause No. 13-14-00667-CV
Tr.Ct.No. P-34,801-A
Style: In the Estate of Mildred Ozella Favor Pursley a.k.a. Mildred F. Pursley, deceased

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc: Hon. Homero Garza (DELIVERED VIA E-MAIL)
 Hon. Arturo Guajardo Jr., Hidalgo County Clerk (DELIVERED VIA E-MAIL)
 Hon. Missy Medary, Presiding Judge, Fifth Administrative Judicial Region (DELIVERED VIA E-MAIL)